# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2744
LT Case No. 2022-DP-000022

_____

P.K., FATHER OF L.K.,
A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Stacy M. Youmans, Judge.

Lynn Buchanan, of Buchanan Law Offices, PLLC, Gainesville,
for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellee.

December 29, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*